UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA CHISHOLM, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV0994 HEA |
| | ) | |
| CAREER EDUCATION CORP., et al., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff must serve process on Defendants forthwith in accordance with Fed.R.Civ.P. 4.

Dated this 29th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE